UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER, Individually,            :
                                        :
            Plaintiff,                  :   Case No. 14-cv-11914
v.                                      :
                                        :   Honorable Thomas L. Ludington
RAY'S FAMILY CENTER, INC., a Michigan   :
Corporation,                            :
                                        :   **STIPULATION OF DISMISSAL**
            Defendant.                  :
_____/:

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, we the attorneys for the respective parties, stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own attorney fees, expenses and costs.

                                              Respectfully submitted by,

| /s/ Owen B. Dunn, Jr. | /s/ John Shinners |
|---|---|
| Owen B. Dunn, Jr. (P66315) | JOHN SHINNERS (P39700) |
| LAW OFFICE OF OWEN B. DUNN, JR. | Shinners & Ellsworth, PLLC |
| The Ottawa Hills Shopping Center | 60 Harrow Lane, Suite 4 |
| 4334 W. Central Avenue, Suite 330 | Saginaw, MI 48638 |
| Toledo OH 43615 | Email: jshinners@shinnersandellsworth.com |
| Phone: (419) 241-9661 | Attorneys for Defendants |
| Fax: (419) 241-9737 | |
| Attorney for Plaintiff | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LELAND FOSTER,

        Plaintiff,        Case No. 14-cv-11914

v        Honorable Thomas L. Ludington

RAY'S FAMILY CENTER, INC.,

        Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties and the Court being fully advised of the premises,

It is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to any party. Entry of this Order resolves all pending claims and closes the case.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: November 19, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 19, 2014.

        s/Tracy A. Jacobs
        TRACY A. JACOBS